UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61878-Civ-Zloch/Rosenbaum

FAY A. COLUMBO,

    Plaintiff,

v.

RUBIN & DEBSKI, P.A.

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Craig S. Hudson, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Marshall, Dennehey, Warner, Coleman et al |
| Fort Lauderdale, Florida  33339 | Suite 500 |
| Telephone: 954-537-2000 | 1 East Broward Boulevard |
| Facsimile: 954-566-2235 | Ft. Lauderdale, FL 33301 |
| | Telephone: 954-847-4920 |
| | Facsimile: 954-627-6640 |
| | |
| By:  /s/ Donald A. Yarbrough | By: /s/ Craig S. Hudson |
| Donald A. Yarbrough, Esq. | Craig S. Hudson, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61878-Civ-Zloch/Rosenbaum

FAY A. COLUMBO,

    Plaintiff,

v.

RUBIN & DEBSKI, P.A.,

    Defendant.

_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 30, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Donald A. Yarbrough
                                              Donald A. Yarbrough, Esq.

**SERVICE LIST**

Mr. Craig S. Hudson, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
Suite 500
1 East Broward Boulevard
Ft. Lauderdale, FL 33301
Telephone: 954-847-4920
Facsimile: 954-627-6640

Via Notices of Electronic Filing generated by CM/ECF